CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-mc-00040-GMS
### Internal Use Only

aaiPharma Inc. v. Kremers Urban Dev., et al
Assigned to: Honorable Gregory M. Sleet
Demand: $0
Case in other court: USDC/SD/NY, 02CV9628
Cause: Motion to Compel

Date Filed: 02/27/2004
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**aaiPharma Inc.**

V.

**Defendant**

**Kremers Urban Development Co.**   represented by   **Philip A. Rovner**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: provner@potteranderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Schwarz Pharma Inc.**   represented by   **Philip A. Rovner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Schwarz Pharma USA Holdings, Inc.**

**Defendant**

**Schwarz Pharma Manufacturing, Inc.**

**Defendant**

**Schwarz Pharma AG**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2004 | 1 | MOTION by Kremers Urban Dev., Schwarz Pharma Inc. with Proposed Order to Compel Production of Documents and Testimony (dab) (Entered: 03/01/2004) |
| 02/27/2004 | 2 | MEMORANDUM by Kremers Urban Dev., Schwarz Pharma Inc. in support of [1-1] motion to Compel Production of Documents and Testimony (dab) (Entered: 03/01/2004) |
| 03/10/2004 | 3 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 03/10/2004) |
| 03/12/2004 | 4 | SEALED Answer Brief Filed Non-Party AstraZeneca to [1-1] motion to Compel Production of Documents and Testimony - Reply Brief due 3/19/04 (asw) (Entered: 03/15/2004) |
| 03/19/2004 | 5 | Reply Memorandum in Support Filed by Kremers Urban Dev., Schwarz Pharma Inc. [1-1] motion to Compel Production of Documents and Testimony (asw) (Entered: 03/22/2004) |
| 03/23/2004 | 6 | Application by Kremers Urban Dev., Schwarz Pharma Inc. for Oral Argument on the Motion to Compel the Production of Docs and Testimony from Third Party AstraZeneca (asw) (Entered: 03/24/2004) |
| 06/10/2004 | 7 | NOTICE of SCHEDULING that the Court will hold a telephone conference to discuss the pending Motion to Compel the Production of Documents and Testimony From Third Party AstraZeneca Pharmaceuticals LP (D.I.2) on 6/14/04 at 2:00 p.m. (asw) (Entered: 06/10/2004) |
| 06/14/2004 |  | Telephone conference held; Judge Sleet presiding; Crt. Rptr. K. Maurer, Court denied counsel's request in Category #4; Discussion of Category #5; Court orders production of documents (the orange book request) (asw) (Entered: 06/14/2004) |
| 06/14/2004 |  | Case closed (asw) (Entered: 06/17/2004) |
| 06/15/2004 | 8 | TRANSCRIPT filed re: telephone conference on 06/14/04 at 2:00 p.m (asw) (Entered: 06/16/2004) |
| 06/17/2004 | 9 | Steno Notes for Telephone Conference on 6/14/04 at 2:00 p.m. (asw) (Entered: 06/18/2004) |