ORIGINAL

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 3, 2006

Jack B. Blumenfeld Esq.
Morris, Nichols, Arsht, & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

RE: aaiPharma Inc. v. Kremers Urban Dev., et al.
Misc. No.: 04-40 GMS

Dear Counsel:

Pursuant to the Order entered on 6/22/06 by the Honorable Gregory M. Sleet, the following sealed documents are being returned to you:

ITEM(S):   4.

A copy of this acknowledgment of receipt form will be entered on the case docket.

Sincerely,
Peter T. Dalleo, Clerk

By: _____Evette Wat_____
Deputy Clerk

I hereby acknowledge receipt of the above mentioned documents:

on _____JUL 0 5 2006_____.

_____
Signature